**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SHANNON BROWN**                                          **CIVIL ACTION**

**VERSUS**                                                       **NO.  11-2267**

**WARDEN BURL CAIN**                                     **SECTION "S"(2)**

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report

and Recommendation of the United States Magistrate Judge, and the petitioner's objection

to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this

matter.  Therefore,

**IT IS ORDERED** that the petition of Shannon Brown for issuance of a writ of *habeas*

*corpus* under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _____17th____ day of _____January_____, 2012.

_____
UNITED STATES DISTRICT JUDGE